## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| APRIL DECENZO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court in conjunction with the conditional release of the Defendant, April Decenzo, to a residential drug treatment program on March 6, 2007.

IT IS ORDERED:

1.      Upon the transfer of the Defendant to the residential drug treatment program on March 6, 2007, the U.S. Marshal for the District of Nebraska shall ensure that a 45-day supply of her medications prescribed for cyclothymic disorder, *i.e.*, Trazadone, 100 mg per day; and Invega paliperitone, 6 mg per day, are delivered to the residential treatment facility with the Defendant and that such medications are given to the administrators of the residential treatment facility for the use of the Defendant during her stay at that facility;

2.      The office of the U.S. Marshall shall bear the necessary cost of the medication as incidental to its custody of the Defendant; and

2.      The Clerk shall immediately deliver a copy of this order to the U.S. Marshal.

DATED this 5th day of March, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge